1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY DANIEL PROFFITT,

11           Petitioner,                    No. CIV S-08-1286 KJM P

12        vs.

13   MICHAEL MARTEL, et al.,

14           Respondents.              ORDER

15   _____/

16           On November 3, 2008, petitioner filed a request for trial disclosure, and a request

17   for appointment of counsel.  This habeas action was closed on October 31, 2008.  Petitioner is

18   advised that documents filed by petitioner since the closing date will be disregarded and no

19   orders will issue in response to future filings.

20   DATED:  November 14, 2008.

21                                        _____

22                                        U.S. MAGISTRATE JUDGE

23   /md
     prof1286.58

24

25

26